IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-131-F
No. 4:14-CV-144-F

| | |
|---|---|
| CHRISTOPHER BRANDON WHITAKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER TO FILE UNDER SEAL |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter coming before the court for consideration, it is hereby

ORDERED that the Respondent's Memorandum in Support of Motion to Dismiss [D.E. 64] be filed under seal.

This 20 day of November, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge